# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2005

129885

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ISAIAH JEREMIAH BEARDEN, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
f/k/a FAMILY INDEPENDENCE AGENCY,
      Petitioner-Appellee,

v

RUNDAL BEARDEN,
      Respondent-Appellant,

and

PATTY JO GREEN,
      Respondent.

_____/

SC: 129885
COA: 261814
Oakland CC
Family Division: 04-700161-NA

      On order of the Court, the application for leave to appeal the October 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2005 _____

s1129

_____
Clerk